**Order filed October 13, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00591-CV
_____

**NANCY PETRUCCIANI, Appellant**

**V.**

**RUSSELL A. PETRUCCIANI, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-51593**

---

# O R D E R

This is an interlocutory appeal from an order signed September 17, 2021. The notice of appeal was due October 7, 2022. *See* Tex. R. App. P. 26.1(b). Appellant, however, filed the notice of appeal on October 15, 2021 a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be

implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we order appellant to file a proper motion to extend time to file the notice of appeal within ten (10) days of the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.